IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| DOWNEY FINANCIAL CORP., | ) |
| | ) CA. No. 08-13041 (CSS) |
| Debtor. | ) |
| | ) Hearing Date: July 17, 2009 11:00 am |
| | ) Obj. Deadline: July 10, 2009 4:00 pm |
| | ) |

## NOTICE OF INSUREDS' MOTION FOR DETERMINATION THAT STAY DOES NOT BAR USE OF INSURANCE PROCEEDS OR FOR STAY RELIEF TO THE EXTENT THAT IT DOES

TO:    Counsel of the Debtors, the United States Trustee, the Chapter 7 Trustee and the parties identified on the attached service list

PLEASE TAKE NOTICE that Maurice L. McAlister, Daniel D. Rosenthal, Brian E. Côté, Michael B. Abrahams, Michael D. Bozarth, Gary W. Brummett, James H. Hunter, G. Brent McQuarrie, Lester C. Small, Jane Wolfe and Cheryl E. Olson (together, the "Movants") filed a Motion for Determination That Stay Does Not Bar Use of Insurance Proceeds or for Stay Relief to the Extent That It Does (the "Motion") in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that you are required to file a response to the attached Motion on or before July 10, 2009 at 4:00 pm.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on July 17, 2009 at 11:00 am before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. Only those parties filing a response in accordance with the procedures herein will be heard at the hearing and given notice thereof. A copy of the Motion is attached hereto.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of the response upon the below-listed attorneys for Movants so as to be received on or before July 10, 2009.

William P. Bowden
Stacy L. Newman
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

Adam A. Lewis
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 8, 2009

ASHBY & GEDDES

*/s/ Stacy L. Newman*
William P. Bowden (No. 2553)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

and

MORRISON & FOERSTER LLP
Melvin R Goldman
Adam A. Lewis
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000

Dan Marmalefsky
James Oliva
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone (213) 892-5200

*Attorneys for defendants Maurice L. McAlister, Daniel D. Rosenthal, Brian E. Côté, Michael B. Abrahams, Michael D. Bozarth, Gary W. Brummett, James H. Hunter, G. Brent McQuarrie, Lester C. Smull, Jane Wolfe and Cheryl E. Olson*