IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 7 |
| DOWNEY FINANCIAL CORP., | ) |
| | )    CA. No. 08-13041 (CSS) |
| Debtor. | ) |

**ORDER GRANTING THE INSUREDS' MOTION FOR DETERMINATION THAT STAY DOES NOT BAR USE OF INSURANCE PROCEEDS OR FOR STAY RELIEF TO THE EXTENT THAT IT DOES**

Upon consideration of the Insureds' Motion for Determination That Stay Does Not Bar Use of Insurance Proceeds or for Stay Relief to the Extent That It Does (the "Motion"), and it appearing that the notice of the Motion was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Motion and any responses filed thereto, and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted to the extent set forth in this Order; and it is further

**ORDERED** that the automatic stay shall be lifted for the purpose of permitting the Insureds to access the insurance proceeds of the director and officer liability policy issued by National Union Fire Insurance Company to pay certain defense costs and expenses in the Litigation (as defined in the Motion); and it is further

**ORDERED** that this Order is effective immediately, without a ten-day stay in accordance with Federal Rule of Bankruptcy Procedure 4001(a)(3).

Dated: _____, 2009

_____
Judge Christopher S. Sontchi