## CERTIFICATE OF SERVICE

I, Stacy L. Newman, hereby certify that, on the 8th day of June 2009, I caused a true and correct copy of the foregoing documents to be served upon the below listed counsel by U.S. mail, postage prepaid, unless otherwise indicated.

*/s/ Stacy L. Newman*
Stacy L. Newman (#5044)

DOWNEY FINANCIAL CORP.
2002 SERVICE LIST
5162 LABELS

Sheldon K. Rennie, Esq.
Fox Rothschild LLP
919 North Market Street, 13th Floor
Wilmington, DE 19801
*Hand Delivery*

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19801
*Hand Delivery*

Delaware State Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801
*Hand Delivery*

Parcels, Inc.
Attn: Vito Dimaio
15 East North Street
Wilmington, DE 19801
*Hand Delivery*

Jason W. Staib
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Hand Delivery*

Federal Deposit Insurance Company
RXZ Aravena/NR Lapinksi
Elliot Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19801
*Hand Delivery*

Montague S. Claybrook
913 N. Market Street
Suite 900
Wilmington, DE 19801
*Hand Delivery*

Mark D. Collins
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
*Hand Delivery*

Office of Delaware Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
*Hand Delivery*

Ellen Slights, Assistant U.S. Attorney
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19801
*Hand Delivery*

Department of Labor
Division of Unemployment Insurance
Attn: Areene Reed
P. O. Box 9953
Wilmington, DE 19801
*Hand Delivery*

Eric Schnabel
Robert Mallard
Dorsey & Whitney
1105 North Market Street
16th Floor
Wilmington, DE 19801
*Hand Delivery*

| | |
|---|---|
| Downey Financial Corp.<br>3501 Jamboree Road<br>Newport Beach, CA 92660 | IRS District Director<br>1352 Marrow Road<br>Newark, DE 19711 |
| New Castle County<br>Law Department<br>Attn: Bill Weisel<br>87 Reads Way<br>New Castle, DE 19720 | Office of Delaware State Treasurer<br>820 Silver Lake Boulevard. # 100<br>Dover, DE 19904 |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of State<br>Division of Corporations<br>P.O. Box 898<br>Dover, DE 19903 |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Delaware Secretary of State<br>Attn: Harriet Windsor<br>Div. of Corporations – Franchise Tax<br>401 Federal Street, Suite 3<br>Dover, DE 19901 |
| State of Delaware<br>Division of Accounting<br>820 Silver Lake Blvd., Suite 200<br>Dover, DE 19904 | District Director<br>Internal Revenue Service<br>31 Hopkins Plaza – Room 1150<br>Baltimore, MD 21201 |
| United States Securities & Exchange Commission<br>Office of General Counsel- Bankruptcy<br>Attn: Michael A. Berman<br>100 F. Street, N.E.<br>Washington, D.C. 20224 | SEC Regional Office<br>Branch of Reorganization<br>3475 Lenox Road, NE, Suite 100<br>Atlanta, GA 30326 |
| Financial Agent for Bankruptcy<br>Federal Tax Department Processing<br>P.O. Box 63197<br>St. Louis, MO 63197 | Douglas Shulman, Commissioner<br>Internal Revenue Service<br>Agent for Delaware District Director<br>1111 Constitution Ave., NW<br>Washington, D.C. 20224 |

Michael G. Menkowtiz
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Kent County
P.O. Box 802
Dover, DE 19903

Sheriff's Office – Sussex
P.O. Box 9
Georgetown, DE 19947

Sussex County Courthouse
P.O. Box 429
Georgetown, DE 19947

Alvin Morsillo
106 West Birchcroft Street
Arcadia, CA 91007

Blanche Mitchell
481 East Yale Loop
Irvine, CA 92614

Capital Research and Management
333 South Hope Street
Los Angeles, CA 90071

Capital Research and Management
Attn: James B. Lovelace
One Market Street, Steuart Tower
San Francisco, CA 94120

Capital Research and Management
Attn: Abner Goldstine
One Market Street, Steuart Tower
San Francisco, CA 94120

Capital Research and Management
Attn: Robert O'Donnell
One Market Street, Steuart Tower
San Francisco, CA 94120

Capital Research and Management
Attn: Stephen Bepler
One Market Street, Steuart Tower
San Francisco, CA 94120

Citation Insurance Co.
Attn: John Steven Bricker
87 Prospect St, Suite 301
La Jolla, CA 92037

J. Arthur Morris
9210 Stamps Avenue
Downey, CA 90241

Legg Mason Capital Management I
Attn: Sam Peters
125 Broad Street
New York, NY 10042

{0303297;v1}

| | |
|---|---|
| Metropolitan Life Ins. Co<br>Attn: John Joseph Iwanicki<br>18210 Crane Nest Dr., 3rd Floor<br>Tampa, FL 33647 | O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| Promontory Financial Group, LLC<br>1201 Pennsylvania Avenue, N.W. Suite 61<br>Washington, D.C. 20004 | Prudential Insurance Co. of America<br>Attn: Richard Renwick Benn<br>213 Washington Street, 9th Floor<br>Newark, NJ 07102 |
| Sam Yellen<br>22433 Oxnard Street<br>Woodland Hills, CA 91367 | Sandler O'Neil & Partners, L.P.<br>455 market Street, Suite 2070<br>San Francisco, CA 94105 |
| VantagePoint Investment Advisor<br>Attn: O. Mason Hawkins<br>777 North Capital Street, NE Suite 600<br>Washington, D.C. 20002 | Joseph H. Anderson<br>U.S. Bank National Association<br>U.S. Bancorp Center – BC-MN-H21R<br>800 Nicollet Mall<br>Minneapolis, MN 55402 |
| The Pima County Attorney<br>Attn: German Usufov<br>Terri Roberts<br>Civil Division<br>32 N. Stone, Suite 2100<br>Tucson, AZ 85701 | Travelers<br>National Accounts Resolution<br>Attn: Olga Gold, Case Manager<br>1 Tower Square – 5MN<br>Hartford, CT 06183 |
| Prince Altee Thomas<br>Fox Rothschild LLP<br>2000 Market Street – 10th Floor<br>Philadelphia, PA 19103 | FDIC<br>Wm. Silverman<br>ML Cyganowski<br>JK Cymbler<br>Otterbourg Steindler<br>230 Park Avenue<br>New York, NY 10169 |
| Eugene Vincent<br>513 West 159th Street<br>Gardena, CA 90248 | FDIC<br>Attn: Carrie Sutherland, Civil Attorney<br>1601 Bryan Street<br>Dallas, TX 75201 |

| | |
|---|---|
| Teri Melson<br>U.S. Securities & Exchange Commission<br>5670 Wilshire Blvd., Suite 1100<br>Los Angeles, CA 90036 | Dora Zaldivar, Accountant<br>U.S. Securities & Exchange Commission<br>5670 Wilshire Blvd., Suite 1100<br>Los Angeles, CA 90036 |
| Karol Pollock, Branch Chief<br>U.S. Securities & Exchange Commission<br>5670 Wilshire Blvd., Suite 1100<br>Los Angeles, CA 90036 | Hua Nan Commercial Bank, LTD<br>Attn: Oliver Hsu, VP and General Manager<br>707 Wilshire Blvd., Suite 3100<br>Los Angeles, CA 90017 |
| Michael S. Etkin<br>Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Willow E. Radcliffe<br>Eli R. Greenstein<br>Coughlin Stoia Geller Rudman & Robbins<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 |
| Stacey M. Kaplan<br>Coughlin Stoia Geller Rudman & Robbins<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210 | |