IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| DOWNEY FINANCIAL CORP., ) | |
| ) | CA. No. 08-13041 (CSS) |
| Debtor. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Dan Marmalefsky of Morrison & Foerster LLP, 555 West Fifth Street, Suite 3500 Los Angeles, California 90013 to represent defendants Maurice L. McAlister, Daniel D. Rosenthal, Brian E. Côté, Michael B. Abrahams, Michael D. Bozarth, Gary W. Brummett, James H. Hunter, G. Brent McQuarrie, Lester C. Small, Jane Wolfe and Cheryl E. Olson in the above-captioned matter.

Dated: July 10, 2009

ASHBY & GEDDES P.A.

_/s/ William P. Bowden_
William P. Bowden (No. 2553)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: July 10, 2009

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

## CERTIFICATION BY DAN MARMALEFSKY TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 10, 2009

_____
Dan Marmalefsky (California Bar No. 95477)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
Telephone: (213) 892-5809
Facsimile: (213) 892-5454
dmarmalefsky@mofo.com