## CERTIFICATE OF SERVICE

I, Stacy L. Newman, hereby certify that on the 10th day of July, 2009, I caused a true and correct copy of the forgoing document to be served upon the attached service by U.S. mail, postage prepaid, unless otherwise indicated.

_____
Stacy L. Newman (#5044)

{00277166;v1}

DOWNEY FINANCIAL CORP.
2002 SERVICE LIST
5162 LABELS

Sheldon K. Rennie, Esq.
Fox Rothschild LLP
919 North Market Street, 13th Floor
Wilmington, DE 19801
*Hand Delivery*

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19801
*Hand Delivery*

Delaware State Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801
*Hand Delivery*

Parcels, Inc.
Attn: Vito Dimaio
15 East North Street
Wilmington, DE 19801
*Hand Delivery*

Jason W. Staib
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Hand Delivery*

Federal Deposit Insurance Company
RXZ Aravena/NR Lapinksi
Elliot Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19801
*Hand Delivery*

Montague S. Claybrook
913 N. Market Street
Suite 900
Wilmington, DE 19801
*Hand Delivery*

Mark D. Collins
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
*Hand Delivery*

Office of Delaware Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
*Hand Delivery*

Ellen Slights, Assistant U.S. Attorney
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19801
*Hand Delivery*

Department of Labor
Division of Unemployment Insurance
Attn: Areene Reed
P.O. Box 9953
Wilmington, DE 19801

Eric Schnabel
Robert Mallard
Dorsey & Whitney
1105 North Market Street
16th Floor
Wilmington, DE 19801
*Hand Delivery*

| | |
|---|---|
| Downey Financial Corp.<br>3501 Jamboree Road<br>Newport Beach, CA 92660 | IRS District Director<br>1352 Marrow Road<br>Newark, DE 19711 |
| New Castle County<br>Law Department<br>Attn: Bill Weisel<br>87 Reads Way<br>New Castle, DE 19720 | Office of Delaware State Treasurer<br>820 Silver Lake Boulevard. # 100<br>Dover, DE 19904 |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of State<br>Division of Corporations<br>P.O. Box 898<br>Dover, DE 19903 |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Delaware Secretary of State<br>Attn: Harriet Windsor<br>Div. of Corporations – Franchise Tax<br>401 Federal Street, Suite 3<br>Dover, DE 19901 |
| State of Delaware<br>Division of Accounting<br>820 Silver Lake Blvd., Suite 200<br>Dover, DE 19904 | District Director<br>Internal Revenue Service<br>31 Hopkins Plaza – Room 1150<br>Baltimore, MD 21201 |
| United States Securities & Exchange Commission<br>Office of General Counsel- Bankruptcy<br>Attn: Michael A. Berman<br>100 F. Street, N.E.<br>Washington, D.C. 20224 | SEC Regional Office<br>Branch of Reorganization<br>3475 Lenox Road, NE, Suite 100<br>Atlanta, GA 30326 |
| Financial Agent for Bankruptcy<br>Federal Tax Department Processing<br>P.O. Box 63197<br>St. Louis, MO 63197 | Douglas Shulman, Commissioner<br>Internal Revenue Service<br>Agent for Delaware District Director<br>1111 Constitution Ave., NW<br>Washington, D.C. 20224 |

| | |
|---|---|
| Michael G. Menkowtiz<br>Fox Rothschild LLP<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103 | Kent County<br>P.O. Box 802<br>Dover, DE 19903 |
| Sheriff's Office – Sussex<br>P.O. Box 9<br>Georgetown, DE 19947 | Sussex County Courthouse<br>P.O. Box 429<br>Georgetown, DE 19947 |
| Alvin Morsillo<br>106 West Birchcroft Street<br>Arcadia, CA 91007 | Blanche Mitchell<br>481 East Yale Loop<br>Irvine, CA 92614 |
| Capital Research and Management<br>333 South Hope Street<br>Los Angeles, CA 90071 | Capital Research and Management<br>Attn: James B. Lovelace<br>One Market Street, Steuart Tower<br>San Francisco, CA 94120 |
| Capital Research and Management<br>Attn: Abner Goldstine<br>One Market Street, Steuart Tower<br>San Francisco, CA 94120 | Capital Research and Management<br>Attn: Robert O'Donnell<br>One Market Street, Steuart Tower<br>San Francisco, CA 94120 |
| Capital Research and Management<br>Attn: Stephen Bepler<br>One Market Street, Steuart Tower<br>San Francisco, CA 94120 | Citation Insurance Co.<br>Attn: John Steven Bricker<br>87 Prospect St, Suite 301<br>La Jolla, CA 92037 |
| J. Arthur Morris<br>9210 Stamps Avenue<br>Downey, CA 90241 | Legg Mason Capital Management I<br>Attn: Sam Peters<br>125 Broad Street<br>New York, NY 10042 |

Metropolitan Life Ins. Co
Attn: John Joseph Iwanicki
18210 Crane Nest Dr., 3rd Floor
Tampa, FL 33647

Promontory Financial Group, LLC
1201 Pennsylvania Avenue, N.W. Suite 61
Washington, D.C. 20004

Sam Yellen
22433 Oxnard Street
Woodland Hills, CA 91367

VantagePoint Investment Advisor
Attn: O. Mason Hawkins
777 North Capital Street, NE Suite 600
Washington, D.C. 20002

The Pima County Attorney
Attn: German Usufov
Terri Roberts
Civil Division
32 N. Stone, Suite 2100
Tucson, AZ 85701

Prince Altee Thomas
Fox Rothschild LLP
2000 Market Street – 10th Floor
Philadelphia, PA 19103

Eugene Vincent
513 West 159th Street
Gardena, CA 90248

O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Prudential Insurance Co. of America
Attn: Richard Renwick Benn
213 Washington Street, 9th Floor
Newark, NJ 07102

Sandler O'Neil & Partners, L.P.
455 market Street, Suite 2070
San Francisco, CA 94105

Joseph H. Anderson
U.S. Bank National Association
U.S. Bancorp Center – BC-MN-H21R
800 Nicollet Mall
Minneapolis, MN 55402

Travelers
National Accounts Resolution
Attn: Olga Gold, Case Manager
1 Tower Square – 5MN
Hartford, CT 06183

FDIC
Wm. Silverman
ML Cyganowski
JK Cymbler
Otterbourg Steindler
230 Park Avenue
New York, NY 10169

FDIC
Attn: Carrie Sutherland, Civil Attorney
1601 Bryan Street
Dallas, TX 75201

{0303297;v1}

Teri Melson
U.S. Securities & Exchange Commission
5670 Wilshire Blvd., Suite 1100
Los Angeles, CA 90036

Dora Zaldivar, Accountant
U.S. Securities & Exchange Commission
5670 Wilshire Blvd., Suite 1100
Los Angeles, CA 90036

Karol Pollock, Branch Chief
U.S. Securities & Exchange Commission
5670 Wilshire Blvd., Suite 1100
Los Angeles, CA 90036

Hua Nan Commercial Bank, LTD
Attn: Oliver Hsu, VP and General Manager
707 Wilshire Blvd., Suite 3100
Los Angeles, CA 90017

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Willow E. Radcliffe
Eli R. Greenstein
Coughlin Stoia Geller Rudman & Robbins
100 Pine Street, Suite 2600
San Francisco, CA 94111

Stacey M. Kaplan
Coughlin Stoia Geller Rudman & Robbins
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210