# EXHIBIT B

# FDIC

**Federal Deposit Insurance Corporation**
1601 Bryan Street: 17th Floor, Dallas, TX 75201                                    Dallas Regional Office

March 12, 2009

Downey Financial Corporation
3501 Jamboree Road
North Tower: 5th Floor
Newport Beach, CA 92660-2939

Reference:   Form 56-F

Dear Sir or Madam:

On November 21, 2008 the Office of Thrift Supervision closed the Downey Savings & Loan Association and appointed the FDIC as receiver.

Enclosed is a Form 56-F filed with the IRS notifying the Service of the newly created fiduciary relationship.

Thank you.

Sincerely,

*James F. Vordtriede*
James F. Vordtriede
SFMA 400 DRR

Enclosure

Cc:   10023: Downey S&LA: Permanent File

| Form **56-F** (Rev. December 2007) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship of Financial Institution** (Internal Revenue Code sections 6036 and 6903) |
|---|---|

### Part I — Identification

| 1 Name of person for whom you are acting (as shown on the tax return) | 2 Employer identification number |
|---|---|
| Downey Savings & Loan Association, FA c/o FDIC as Receiver | 95:1953342 |

3 Address of financial institution (number, street, and room or suite no.)
1601 Bryan Street Attention: Tax Unit: 17034

| 4 City, state, and ZIP code | 5 Telephone no. |
|---|---|
| Dallas, TX 75201 | 972 761-8615 |

6 Check the applicable box for the type of financial institution: ☐ Bank  ☒ Thrift
7 Check here ☒ the financial institution is insolvent.
8 Enter the ending date of the financial institution's tax year (mo., day, yr.) ▶ 12/31/2008

| 9 Fiduciary's name | 10 Contact person |
|---|---|
| Federal Deposit Insurance Corporation | James F. Vordtriede |

11 Address of fiduciary (number, street, and room or suite no.)
1601 Bryan Street: Tax Unit: 17034

| 12 City or town, state, and ZIP code | 13 Telephone no. |
|---|---|
| Dallas, TX 75201 | 972 761-8615 |

14 Check the applicable box if the fiduciary is a:
☒ Receiver  ☐ Conservator

15 Check this box ☒ the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below: Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

| 16 Name of person for whom you are acting (as shown on the tax return) | 17 Employer identification number |
|---|---|
| Downey Financial Corporation | 33:0633413 |

18 Address of the common parent (number, street, and room or suite no.)
3501 Jamboree Road: North Tower: 5th Floor

19 City, state, and ZIP code
Newport Beach, CA 92660-2939

20 Check here ☒ a copy of this form has been sent to the common parent of the group.
21 Enter the tax year(s) that the financial institution is or was a member of the consolidated group ▶ Not yet known

### Part II — Authority

22 Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:
a ☐ Appointment of conservator
b ☐ Replacement of conservator
c ☒ Appointment of receiver
d ☐ Order of insolvency
e ☐ Other evidence of creation of fiduciary relationship (describe) ▶

### Part III — Tax Notices

23 All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods or years involved.

--------------------------------------------------------------------------------

### Part IV — Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

24 Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):
a ☐ Certified copy of court order revoking fiduciary authority attached.
b ☐ Copy of certificate of dissolution or termination of a business entity attached.
c ☐ Other evidence of termination of fiduciary relationship (describe) ▶

**Please Sign Here**
I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Fiduciary's signature: *James F. Vordtriede*   Title, if applicable: SFMA400 DFF: FDIC   Date: 11-28-2008

Cat. No. 12784J                                Form **56-F** (Rev. 12-2007)