IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DOWNEY FINANCIAL CORP., | : | Case No. 08-13041 (CSS) |
| | : | |
| Debtor. | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING FEBRUARY 18, 2010 AT 3:00 P.M.

**CONTINUED MATTERS**

1. Chapter 7 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. Sections 105(a) and 362 Finding the Federal Deposit Insurance Corporation as Receiver for Downey Savings & Loan Association, F.A., Violated the Automatic Stay [Docket No. 290; Filed on January 5, 2010]

    Response Deadline: January 14, 2010 at 4:00 p.m.

    Related Documents:

    A. Declaration of Melanie L. Cyganowski in Opposition to the Motion of the Trustee for Alleged Violation by the FDIC as Receiver of the Automatic Stay [Docket No. 303; Filed on January 14, 2010]

    B. Declaration of Stephan H. Wasserman in Support of Motion of the Federal Deposit Insurance Corporation, as Receiver of Downey Savings & Loan Association, F.A., Seeking an Order Granting Relief from the Automatic Stay [Docket No. 304; Filed on January 14, 2010]

    Response Received:

    C. Objection to Chapter 7 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. Sections 105(a) and 362 Finding the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A., Violated the Automatic Stay [Docket No. 299; Filed on January 14, 2010]

        D.        Objection of the Ad Hoc Committee of Bondholders to the Motion of the Federal Deposit Insurance Corporation, as Receiver of Downey Savings & Loan Association, F.A., Seeking an Order Granting Relief from the Automatic Stay; and Statement in Support of the Chapter 7 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. Sections 105(a) and 362 Finding the Federal Deposit Insurance Corporation as Receiver for Downey Savings & Loan Association, F.A., Violated the Automatic Stay [Docket No. 302; Filed on January 14, 2010]

        E.        Chapter 7 Trustee's Reply to the Objection to the Receiver of Downey Savings & Loan Association, F.A., to the Trustee's Motion Seeking Enforcement of the Automatic Stay [Docket No. 309; Filed on January 19, 2010]

Status:        With approval of the Court, the parties have agreed to adjourn this matter until March 17, 2010 at 9:00 a.m.

2.        Motion of the Federal Deposit Insurance Corporation, as Receiver of Downey Savings & Loan Association, F.A., Seeking an Order Granting Relief from the Automatic Stay [Docket No. 286; Filed on January 4, 2010]

        Response Deadline:    January 14, 2010 at 4:00 p.m.

        Related Documents:

        A.        Declaration of Melanie L. Cyganowski in Support of Motion of the Federal Deposit Insurance Corporation, as Receiver of Downey Savings & Loan Association, F.A., Seeking an Order Granting Relief from the Automatic Stay [Docket No. 287; Filed on January 4, 2010]

        B.        Declaration of Stephan H. Wasserman, CPA in Support of Motion of the Federal Deposit Insurance Corporation, as Receiver of Downey Savings & Loan Association, F.A., Seeking an Order Granting Relief from the Automatic Stay [Docket No. 288; Filed on January 4, 2010]

        Responses Received:

    C.    Chapter 7 Trustee's Objection to Motion of the Receiver of Downey Savings & Loan Association, F.A., Seeking an Order Granting Relief from the Automatic Stay [Docket No. 298; January 14, 2010]

    D.    Objection of the Ad Hoc Committee of Bondholders to the Motion of the Federal Deposit Insurance Corporation, as Receiver of Downey Savings & Loan Association, F.A., Seeking an Order Granting Relief from the Automatic Stay; and Statement in Support of the Chapter 7 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. Sections 105(a) and 362 Finding the Federal Deposit Insurance Corporation as Receiver for Downey Savings & Loan Association, F.A., Violated the Automatic Stay [Docket No. 302; filed on January 14, 2010] <u>See</u> Tab 1.D

    E.    Reply Memorandum of Law in Further Support of the Motion of the Federal Deposit Insurance Corporation, as Receiver of Downey Savings and Loan Association, F.A., Seeking an Order Granting Relief from the Automatic Stay [Docket No 310; Filed on January 19, 2010]

    Status:    With approval of the Court, the parties have agreed to adjourn this matter until March 17, 2010 at 9:00 a.m.

3.    Motion of the Federal Deposit Insurance Corporation, as Receiver of Downey Savings and Loan Association, F.A. for an Order Authorizing and Directing the Filing Under Seal of Certain Tax Returns in Connection with its Motion for an Order Granting Relief from the Automatic Stay [Docket No. 296; Filed On January 14, 2010]

    Response Deadline:    To be determined by the Court.

    Related Documents:

    A.    Emergency Motion of the Federal Deposit Insurance Corporation as Receiver of Downey Savings and Loan Association, F.A. to Shorten the

                        Notice Period (the "Emergency Motion") [Docket No. 297; Filed on January 14, 2010]

      Responses Received: None to date.

      Status: With approval of the Court, the parties have agreed to adjourn this matter until March 17, 2010 at 9:00 a.m.

**UNCONTESTED MATTERS**

4. Fifth Motion of the Chapter 7 Trustee for Entry of an Order Further Extending the Time by Which the Trustee Must Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. Section 365(a) and (d) and Fed. R. Bankr. P. 9006(b) [Docket No. 300; Filed on January 14, 2010]

      Response Deadline: February 1, 2010 at 4:00 p.m.

      Responses Received:

          A. Limited Objection of the Federal Deposit Insurance Corporation, as Receiver of Downey Savings and Loan Association, F.A., to the Fifth Motion of the Chapter 7 Trustee for Entry of an Order Further Extending the Time by Which the Trustee Must Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. Section 365(a) and (d) and Fed. R. Bankr. P. 9006(b) (the "Lease Motion Objection") [Docket No. 327; Filed on February 1, 2010]

      Related Documents: None at this time.

***This portion intentionally left blank***

Status: The Trustee has been informed that the Lease Motion Objection will be withdrawn.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: _/s/ Sheldon K. Rennie_
Sheldon K. Rennie, Esquire
Delaware Bar No. 3772
919 North Market Street, Suite 1300
Wilmington, DE 19801-3046
Phone (302) 654-7444/Fax (302) 656-8920
srennie@foxrothschild.com

-and-

Michael G. Menkowitz
William H. Stassen
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone (215) 299-2000/ Fax (215) 299-2150
mmenkowitz@foxrothschild.com
wstassen@foxrothschild.com

-and-

Raymond M. Patella
1301 Atlantic Avenue
Midtown Building - Suite 400
Atlantic City, NJ 08401
Tel (609) 572-2254/Fax (609) 348-6834
rpatella@foxrothschild.com

Attorneys for Montague S. Claybrook,
Chapter 7 Trustee for the estate of Downey
Financial Corp.

Dated: February 16, 2010