## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DOWNEY FINANCIAL CORP., | ) | |
| | ) | Case No. 08-13041 (CSS) |
| Debtor | ) | Jointly Administered |
| | ) | |
| | ) | Re D.I.: 161 |
| | ) | |

## ORDER

Upon consideration of Insured's Motion for Determination that Stay Does Not Bar Use of Insurance Proceeds or For Stay Relief to the Extent that it Does [D.I. 161] filed on June 8, 2009 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on July 17, 2009 (the "Hearing"); and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; and (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b);

IT IS HEREBY ORDERED THAT,

1. The Motion is GRANTED in part and DENIED in part as set forth herein.

2. The automatic stay does not bar use of the insurance proceeds of the director and officer policy issued by National Fire Insurance Company to pay certain defense costs and expenses in the litigation (as defined in the Motion).

3. The remainder of the relief requested in the Motion is denied without prejudice as moot.

4.   The Court will issue an Opinion consistent with this Order at Court's earliest opportunity.

Christopher S. Sontchi
United States Bankruptcy Court Judge

Dated: May 3, 2010