**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| IN RE: | |
| --- | --- |
| | CASE NO. 08-13041-CSS |
| Downey Financial Corp. | |
| | CHAPTER 7 |
| Debtor(s) | |

### REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

A.

| | |
| --- | --- |
| $457,849,793.08 | TOTAL GROSS RECEIPTS |
| $457,849,793.08 | TOTAL DISBURSEMENTS |
| $0.00 | NET BALANCE FOR DISTRIBUTION |

B.  FEES AND EXPENSES

| | |
| --- | --- |
| $8,743,913.93 | Trustee Compensation |
| $2,001.27 | Trustee Expenses |
| $1,424,124.10 | Bond Payments |
| $709,158.00 | Administrative Rent |
| $1,215.84 | Costs to Secure Property (e.g, casualty insurance, locksmiths) |
| $7,674.50 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) |
| $282,281.00 | Income Taxes – Internal revenue Service (post-petition) |
| $124,522.15 | Other State or Local Taxes (post-petition, including post-petition real estate taxes) |

$244,589.78  Other Chapter 7 Administrative Expenses

$15,044,396.91  Attorney for Trustee Fees (Other Firm)

$389,076.54  Attorney for Trustee Expenses (Other Firm)

$221,046.58  Accountant for Trustee Fees (Trustee Firm)

$2,045.67  Accountant for Trustee Expenses (Trustee Firm)

$128,693.50  Accountant for Trustee Expenses (Other Firm)

$2,592.74  Accountant for Trustee Expenses (Other Firm)

$84,994.85  Arbitrator/Mediator for Trustee Fees

$104.29  Arbitrator/Mediator for Trustee Expenses

$5,327,381.66  Consultant for Trustee Fees

$115,879.36  Consultant for Trustee Expenses

$10,884,105.03  Other Professional Fees

$90,974.44  Other Professional Expenses

C. DISTRIBUTIONS

$135,766,859.00 Secured Creditors
$0.00 Priority Creditors
$278,252,161.94 Unsecured Creditors
$0.00 Equity Security Holders

$0.00 Payments to Debtors

TOTAL DISBURSEMENTS (Sum of B & C):    457,849,793.08

If applicable, list portion of this total distributed by Trustee in Chapter other than Chapter 7 (DO NOT include payments to debtor):
$       0.00

D.    **CLAIMS ALLOWED**

List amount allowed to each class of creditors (whether paid in full or not). However, if the class receives nothing, enter "0" on the line.

$135,766,859.00 Secured Creditors
       $0.00 Priority Creditors
$519,747,261.67 Unsecured Creditors

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief.

Date:  June 13, 2019    _____
                        Matthew Cantor, Trustee